O

JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| STARBUCKS CORPORATION d/b/a STARBUCKS COFFEE COMPANY, a Washington corporation<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HITMAN GLASS, a California corporation; JAMES LANDGRAF, an individual residing in Oregon; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:16-CV-03937-ODW(PJW)<br><br>**JUDGMENT** |

　　　On June 3, 2016, Plaintiff Starbucks Corporation filed this action against Defendants Hitman Glass and James Landgraf for trademark dilution, copyright infringement, trademark infringement, and false designation of origin. (ECF No. 1.) On August 31, 2016 the Clerk of Court entered a default against Defendant James Landgraf. (ECF No. 26.) On October 20, 2016, this Court granted Plaintiff's Motion for Default Judgment against Defendant James Landgraf. (ECF No. 37.)

///

///

///

///
///
///
///

In accordance with that Order, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Defendant James Landgraf is liable for Plaintiff's claims of trademark dilution, copyright infringement, trademark infringement, and false designation of origin;

2. Plaintiff shall recover from Defendant James Landgraf the sum of Four Hundred Ten Thousand Five Hundred and Eighty dollars ($410,580) in damages.

**IT IS SO ORDERED.**

October 21, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**